UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASPER JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLAN WISELY, JACK T. HARTWIG, LIEUTENANT FLAGG, B.A. KUDER and DIANE JOCKISH,<br><br>    Defendants. | Case No. 98-cv-634-JPG |

## AMENDED JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the plaintiff having voluntarily dismissed some matters,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Jasper Johnson's claims against defendants Jack T. Hartwig, Lieutenant Flagg and B.A. Kuder are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Allan Wisely and Diane Jockish and against plaintiff Jasper Johnson and that plaintiff Jasper Johnson's claims against defendants Allan Wisely and Diane Jockish are dismissed with prejudice.

**DATED:** February 6, 2006                **NORBERT JAWORSKI**

                                                          **s/ Judith Prock, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**